**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| PETER J. MASSARO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:20-cv-00929 |
| ) | (TSE/TCB) |
| ) | |
| FAIRFAX COUNTY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT FAIRFAX COUNTY'S MOTION FOR
SUMMARY JUDGMENT FILED PURSUANT TO FED. R. CIV. P. 56(a)**

COMES NOW the defendant, Fairfax County ("Fairfax" or "the County"), by counsel, and moves this Court for summary judgment dismissal of all claims with prejudice pursuant to Fed. R. Civ. P. 56(a) for the reasons argued in defendant's accompanying memorandum, including exhibits on the grounds that:

1. Plaintiff has failed to state a claim against the County for retaliation in violation of Title VII, 42 U.S.C. § 2000e-2;

2. Plaintiff has failed to state a claim for retaliation in violation of 29 U.S.C. § 621, *et. seq.*; and

3. Plaintiff has failed to state a claim for retaliation in violation of his First Amendment Constitutional rights under 42 U.S.C. § 1983.

For these reasons, and as argued in the County's accompanying memorandum in support, and for any additional reasons as may be argued at hearing of this matter, the defendant moves this Court for entry of an Order granting summary judgment and dismissal with prejudice of all claims set forth in the Second Amended Complaint.

**FAIRFAX COUNTY**

By Counsel

_____/s/_____
Julia B. Judkins, VSB No. 22597
Heather K. Bardot, VSB No. 37269
Nicole L. Antolic, VSB No. 93038
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone:    (703) 385-1000
Facsimile:    (703) 385-1555
jjudkins@bmhjlaw.com
hbardot@bmhjlaw.com
nantolic@bmhjlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Daniel S. Crowley, Esquire, VSB No. 79567
HANNON LAW GROUP
333 8th Street NE
Washington, D.C. 20002
(202) 232-1907 (telephone)
(202) 232-3704 (facsimile)
dcrowley@hannonlawgroup.com
*Counsel for Plaintiff*

_____/s/_____
Julia B. Judkins, VSB No. 22597
BANCROFT, McGAVIN, HORVATH
  & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone:    (703) 385-1000
Facsimile:    (703) 385-1555
jjudkins@bmhjlaw.com
*Counsel for Defendant*